**United States Bankruptcy Court**
Northern District of Texas

In re  Judith Ann Riggs

Debtor(s)

Case No.
Chapter  7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Judith Ann Riggs__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  2/10/2023     Signature  *Judith Ann Riggs*
Judith Ann Riggs
Debtor

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9AB | 122308 | | RIC3 | 0000041043 | 1 |

# Earnings Statement

ADP

**WILLIS TOWERS WATSON**
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Period Beginning: 01/08/2023
Period Ending: 01/21/2023
Pay Date: 01/27/2023

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 TX: No State Income Tax

JUDITH A RIGGS
3917 ROWLETT RD APT 1112
ROWLETT TX 75088

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2500 | 74.19 | 1,205.59 | 2,257.78 |
| Overtime | 24.3750 | .40 | 9.75 | 9.75 |
| HOLIDAY | 16.2500 | 8.00 | 130.00 | 390.00 |
| Monthly Bonus | | | | 600.00 |
| **Gross Pay** | | | **$1,345.34** | 3,257.53 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,308.52

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.32 | 354.34 |
| | Social Security Tax | -86.14 | 199.85 |
| | Medicare Tax | -20.15 | 46.74 |
| | **Other** | | |
| | Dental | -11.87* | 23.74 |
| | Home Auto Ins | -8.36 | |
| | Identity Theft | -3.46 | |
| | Legal | -3.42 | |
| | Pension Contrib | -26.91 | |
| | Svgs Plan Loan | -20.46 | |
| | Vision | -5.24* | 10.48 |
| | 401K | -80.72* | 195.45 |
| | **Adjustment** | | |
| | Medical | +61.01* | |
| | **Net Pay** | **$1,015.30** | |
| | Dd Checking | -1,015.30 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 47.09 | 114.02 |
| EMPLOYEE ID | | 1507515 |

**Important Notes**
703-258-8000    WILLIS TOWERS WATSON OFFICE

VERIFICATION OF EMPLOYMENT CONTACT 1.877.664.8778 /WORKFORCESOLUTIONSSUPPORT@EQUIFAX.COM    CODE 17335

© 2000 ADP, Inc.

---

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Advice number: 00000041043
Pay date: 01/27/2023

**THIS IS NOT A CHECK**

Deposited to the account of
JUDITH A RIGGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx4208 | xxxx xxxx | $1,015.30 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9AB | 122308 | | RIC3 | 0000030771 | 1 |

# Earnings Statement

ADP

Period Beginning: 01/15/2023
Period Ending: 01/17/2023
Pay Date: 01/20/2023

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

JUDITH A RIGGS
3917 ROWLETT RD APT 1112
ROWLETT TX 75088

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Monthly Bonus | | | 600.00 | 600.00 |
| Regular | | | | 1,052.19 |
| HOLIDAY | | | | 260.00 |
| **Gross Pay** | | | **$600.00** | 1,912.19 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.08 | 230.02 |
| | Social Security Tax | -37.20 | 113.71 |
| | Medicare Tax | -8.70 | 26.59 |
| | **Other** | | |
| | Pension Contrib | -12.00 | |
| | 401K | -36.00* | 114.73 |
| | Dental | | 11.87 |
| | Medical | | 61.01 |
| | Vision | | 5.24 |
| | **Net Pay** | **$382.02** | |
| | Dd Checking | -382.02 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 21.00 | 66.93 |
| EMPLOYEE ID | | 1507515 |

**Important Notes**
703-258-8000    WILLIS TOWERS WATSON OFFICE

* Excluded from federal taxable wages
Your federal taxable wages this period are $564.00

© 2000 ADP, inc.

---

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Advice number: 00000030771
Pay date: 01/20/2023

Deposited to the account of
JUDITH A RIGGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx4208 | xxxx xxxx | $382.02 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9AB | 122308 | | RIC3 | 0000021059 | 1 |

# Earnings Statement

ADP

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Period Beginning: 12/25/2022
Period Ending: 01/07/2023
Pay Date: 01/13/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

JUDITH A RIGGS
3917 ROWLETT RD APT 1112
ROWLETT TX 75088

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2500 | 64.75 | 1,052.19 | 1,052.19 |
| HOLIDAY | 16.2500 | 16.00 | 260.00 | 260.00 |
| **Gross Pay** | | | **$1,312.19** | 1,312.19 |

Your federal taxable wages this period are $1,155.34

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -105.94 | 105.94 |
| | Social Security Tax | -76.51 | 76.51 |
| | Medicare Tax | -17.89 | 17.89 |
| | Other | | |
| | Dental | -11.87* | 11.87 |
| | Home Auto Ins | -8.36 | |
| | Identity Theft | -3.46 | |
| | Legal | -3.42 | |
| | Medical | -61.01* | 61.01 |
| | Pension Contrib | -26.24 | |
| | Svgs Plan Loan | -20.46 | |
| | Vision | -5.24* | 5.24 |
| | 401K | -78.73* | 78.73 |
| **Net Pay** | | | **$893.06** |
| | Dd Checking | -893.06 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 45.93 | 45.93 |
| EMPLOYEE ID | | 1507515 |

**Important Notes**
703-258-8000   WILLIS TOWERS WATSON OFFICE

* Excluded from federal taxable wages

© 2000 ADP, Inc.

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Advice number: 00000021059
Pay date: 01/13/2023

Deposited to the account of
JUDITH A RIGGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx4208 | xxxx xxxx | $893.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9AB | 122308 | | RIC3 | 0000521266 | 1 |

# Earnings Statement

**ADP**

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Period Beginning: 12/11/2022
Period Ending: 12/24/2022
Pay Date: 12/30/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

JUDITH A RIGGS
3917 ROWLETT RD APT 1112
ROWLETT TX 75088

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2500 | 66.14 | 1,074.78 | 29,427.60 |
| PTO TAKEN | 16.2500 | 16.00 | 260.00 | 2,788.00 |
| Recon Bonus | | | 250.00 | 385.00 |
| Overtime | | | | 1,435.88 |
| HOLIDAY | | | | 870.00 |
| Monthly Bonus | | | | 5,500.00 |
| RECOGN AWD | | | | 284.29 |
| **Gross Pay** | | | **$1,584.78** | 40,690.77 |

| Other | this period | year to date |
|---|---|---|
| Dd Checking | -845.27 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,413.01

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -141.58 | 4,141.04 |
| Social Security Tax | | -92.57 | 2,382.48 |
| Medicare Tax | | -21.65 | 557.19 |
| **Other** | | | |
| Dental | | -11.94* | 310.44 |
| Home Auto Ins | | -8.36 | 117.04 |
| Hsa | | -20.00* | 400.00 |
| Identity Theft | | -3.00 | 78.00 |
| Legal | | -3.42 | 88.92 |
| Medical | | -54.50* | 1,417.00 |
| Pension Contrib | | -26.70 | 800.44 |
| Recogawd Offset | | -250.00 | 385.00 |
| Svgs Plan Loan | | -20.46 | 388.74 |
| Vision | | -5.24* | 136.24 |
| 401K | | -80.09* | 2,401.31 |
| Recogawd Offset | | | 200.00 |
| **Net Pay** | | **$845.27** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 46.72 | 1,400.74 |
| EMPLOYEE ID | | 1507515 |

**Important Notes**
703-258-8000    WILLIS TOWERS WATSON OFFICE

© 2000 ADP, Inc.

---

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Advice number: 00000521266
Pay date: 12/30/2022

**THIS IS NOT A CHECK**

Deposited to the account of
JUDITH A RIGGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx4208 | xxxx xxxx | $845.27 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9AB | 122308 | | RIC3 | 0000504942 | 1 |

# Earnings Statement

ADP

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Period Beginning:   12/16/2022
Period Ending:      12/16/2022
Pay Date:           12/20/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX:      No State Income Tax

JUDITH A RIGGS
3917 ROWLETT RD APT 1112
ROWLETT TX 75088

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Monthly Bonus | | | 500.00 | 5,500.00 |
| Regular | | | | 28,352.82 |
| Overtime | | | | 1,435.88 |
| HOLIDAY | | | | 870.00 |
| PTO TAKEN | | | | 2,528.00 |
| Recon Bonus | | | | 135.00 |
| RECOGN AWD | | | | 284.29 |
| **Gross Pay** | | | **$500.00** | 39,105.99 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -103.40 | 3,999.46 |
| | Social Security Tax | -31.00 | 2,289.91 |
| | Medicare Tax | -7.25 | 535.54 |
| | Other | | |
| | Pension Contrib | -10.00 | 773.74 |
| | 401K | -30.00* | 2,321.22 |
| | Dental | | 298.50 |
| | Home Auto Ins | | 108.68 |
| | Hsa | | 380.00 |
| | Identity Theft | | 75.00 |
| | Legal | | 85.50 |
| | Medical | | 1,362.50 |
| | Recogawd Offset | | 135.00 |
| | Recogawd Offset | | 200.00 |
| | Svgs Plan Loan | | 368.28 |
| | Vision | | 131.00 |

**Net Pay**    **$318.35**

| Other | this period | year to date |
|---|---|---|
| Dd Checking | -318.35 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $470.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 17.50 | 1,354.02 |
| EMPLOYEE ID | | 1507515 |

**Important Notes**
703-258-8000    WILLIS TOWERS WATSON OFFICE

© 2000 ADP, Inc.

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Advice number:  00000504942
Pay date:       12/20/2022

Deposited to the account of
JUDITH A RIGGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx4208 | xxxx xxxx | $318.35 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9AB | 122308 | | RIC3 | 0000501424 | 1 |

# Earnings Statement

**ADP**

Period Beginning: 11/27/2022
Period Ending: 12/10/2022
Pay Date: 12/16/2022

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

JUDITH A RIGGS
3917 ROWLETT RD APT 1112
ROWLETT TX 75088

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2500 | 80.00 | 1,300.00 | 28,352.82 |
| Overtime | 24.3750 | 17.35 | 422.91 | 1,435.88 |
| HOLIDAY | | | | 870.00 |
| Monthly Bonus | | | | 5,000.00 |
| PTO TAKEN | | | | 2,528.00 |
| Recon Bonus | | | | 135.00 |
| RECOGN AWD | | | | 284.29 |
| **Gross Pay** | | | **$1,722.91** | 38,605.99 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -155.36 | 3,896.06 |
| | Social Security Tax | -101.14 | 2,258.91 |
| | Medicare Tax | -23.65 | 528.29 |
| | Other | | |
| | Dental | -11.94* | 298.50 |
| | Home Auto Ins | -8.36 | 108.68 |
| | Hsa | -20.00* | 380.00 |
| | Identity Theft | -3.00 | 75.00 |
| | Legal | -3.42 | 85.50 |
| | Medical | -54.50* | 1,362.50 |
| | Pension Contrib | -34.46 | 763.74 |
| | Svgs Plan Loan | -20.46 | 368.28 |
| | Vision | -5.24* | 131.00 |
| | 401K | -103.37* | 2,291.22 |
| | Recogawd Offset | | 135.00 |
| | Recogawd Offset | | 200.00 |
| **Net Pay** | | | **$1,178.01** |

| Other | this period | year to date |
|---|---|---|
| Dd Checking | -1,178.01 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,527.86

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 60.30 | 1,336.52 |
| EMPLOYEE ID | | 1507515 |

**Important Notes**
703-258-8000   WILLIS TOWERS WATSON OFFICE

© 2000 ADP, Inc.

---

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Advice number: 00000501424
Pay date: 12/16/2022

Deposited to the account of
JUDITH A RIGGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx4208 | xxxx xxxx | $1,178.01 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9AB | 122308 | | RIC3 | 0000481426 | 1 |

# Earnings Statement

**ADP**

Willis Towers Watson

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Period Beginning: 11/13/2022
Period Ending: 11/26/2022
Pay Date: 12/02/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

JUDITH A RIGGS
3917 ROWLETT RD APT 1112
ROWLETT TX 75088

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2500 | 62.40 | 1,014.00 | 27,052.82 |
| HOLIDAY | 16.2500 | 8.00 | 130.00 | 870.00 |
| PTO TAKEN | 16.2500 | 16.00 | 260.00 | 2,528.00 |
| Overtime | | | | 1,012.97 |
| Monthly Bonus | | | | 5,000.00 |
| Recon Bonus | | | | 135.00 |
| RECOGN AWD | | | | 284.29 |
| **Gross Pay** | | | **$1,404.00** | 36,883.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -119.39 | 3,740.70 |
| | Social Security Tax | -81.36 | 2,157.77 |
| | Medicare Tax | -19.03 | 504.64 |
| | Other | | |
| | Dental | -11.94* | 286.56 |
| | Home Auto Ins | -8.36 | 100.32 |
| | Hsa | -20.00* | 360.00 |
| | Identity Theft | -3.00 | 72.00 |
| | Legal | -3.42 | 82.08 |
| | Medical | -54.50* | 1,308.00 |
| | Pension Contrib | -28.08 | 729.28 |
| | Svgs Plan Loan | -20.46 | 347.82 |
| | Vision | -5.24* | 125.76 |
| | 401K | -84.24* | 2,187.85 |
| | Recogawd Offset | | 135.00 |
| | Recogawd Offset | | 200.00 |
| **Net Pay** | | | **$944.98** |

| Other | this period | year to date |
|---|---|---|
| Dd Checking | -944.98 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,228.08

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 49.14 | 1,276.22 |
| EMPLOYEE ID | | 1507515 |

**Important Notes**
703-258-8000   WILLIS TOWERS WATSON OFFICE

© 2000 ADP, Inc.

---

Willis Towers Watson

WILLIS TOWERS WATSON
1735 MARKET STREET
PHILADELPHIA, PA 19103-7501

Advice number: 00000481426
Pay date: 12/02/2022

**THIS IS NOT A CHECK**

Deposited to the account of
JUDITH A RIGGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx4208 | xxxx xxxx | $944.98 |

**NON-NEGOTIABLE**